USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 25, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ORGANIC SPICES, INC.,

                Plaintiff,

   -against-

INDIAN HARBOR INSURANCE COMPANY,

                Defendant.
------------------------------------x

Docket No.:
1:17-cv-06865(KPF)

**STIPULATION**
**OF DISMISSAL**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action through their undersigned counsel, that this action be and the same hereby is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with no award of costs or fees in favor of or against any Party.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts, that facsimile and/or electronic copies of this stipulation shall be deemed originals, and that this stipulation may be filed with the Court without further notice to the parties.

Dated: New York, New York
       January 18, 2018

MOUND COTTON WOLLAN
& GREENGRASS

By: LLOYD GURA
By: DIANA E. MCMONAGLE
Attorneys for Defendant
One New York Plaza
New York, New York 10007
dmcmonagle@moundcotton.com
(212)804-4205

WILKOFSKY, FRIEDMAN,
  KAREL & CUMMINS

By: HARRY A. CUMMINS
Attorneys for Plaintiff
299 Broadway – Suite 1700
New York, New York 10007
hcummins@wfkclaw.com
(212)285-0510

SO-ORDERED:

_____
U.S.D.J

Dated:   January 25, 2018
           New York, New York

20171/17J144.L4